**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 70 MAL 2019

             Respondent            :

                         :   Petition for Allowance of Appeal from
                         :   the Order of the Superior Court

           v.                 :

JEFFREY JOSEPH PERSAVAGE, JR.,   :

             Petitioner            :

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of July, 2019, the Petition for Allowance of Appeal is **DENIED**.